

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-12-00107-CR |
|  | § |  |
| Appellant, | | Appeal from |
|  | § | |
| v. | | County Criminal Court at Law No. 4 |
|  | § | |
| HECTOR MACIAS, | | of El Paso County, Texas |
|  | § | |
| Appellee. | | (TC # 20110C03140) |
|  | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the order granting the motion to suppress and remand the cause to the trial court for trial, in accordance with the opinion of this Court, and that this decision be certified below for observation.

IT IS SO ORDERED THIS 16TH DAY OF OCTOBER, 2013.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.